# IN THE SUPREME COURT OF PENNSYLVANIA
## WESTERN DISTRICT

| | | |
|---|---|---|
| SOTA CONSTRUCTION SERVICES, INC. AND SELECTIVE INSURANCE COMPANY OF SOUTH CAROLINA, | : | No. 25 WAL 2020 |
| | : | |
| | : | |
| | : | Petition for Allowance of Appeal |
| Petitioners | : | from the Order of the |
| | : | Commonwealth Court |
| | : | |
| v. | : | |
| | : | |
| | : | |
| WORKERS' COMPENSATION APPEAL BOARD (CZARNECKI, ZAWILLA D/B/A GORILLA CONSTRUCTION, AND UNINSURED EMPLOYERS GUARANTY FUND), | : | |
| | : | |
| | : | |
| | : | |
| | : | |
| | : | |
| Respondents | : | |

## <u>ORDER</u>

**PER CURIAM**

  **AND NOW**, this 3rd day of August, 2020, the Petition for Allowance of Appeal is **DENIED**.